DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**Q CLUB HOTEL, LLC,**
Appellant,

v.

**MICHAEL R. BRUENS, AS TRUSTEE OF THE MICHAEL R. BRUENS
REVOCABLE TRUST DATED SEPTEMBER 27, 2007, NOUHAD ABOU
ATALLAH, MIDLOTHIAN PARC, LLC,** and **VITH, LLC,**
Appellees.

No. 4D2022-3240

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE17-018517

Laurence S. Litow of Burr & Forman, LLP, Fort Lauderdale, and Peter C. Vilmos of Burr & Forman, LLP, Orlando, for appellant.

Elliott Goldberg of DiGiacomo & Goldberg, P.A., Fort Lauderdale, for appellees Nouhad Abou Atallah, Midlothian Parc, LLC, and Vith, LLC.

No appearance for appellee Michael R. Bruens.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***